IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02521-MEH

VIVIAN MORGAN,

    Plaintiff,

v.

TRANSDEV SERVICES, INC., doing business as Veolia Transportation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 17, 2014**.

    Pursuant to the consent form filed by the Defendant **declining** consent under the Pilot Project (docket #14), the Court directs the Clerk of the Court to reassign this case under D.C. Colo. LCivR 40.1(a). This Court may continue on the case to hear matters referred by the district judge under 28 U.S.C. § 636(b), Fed. R. Civ. P. 72 and D.C. Colo. LCivR 72.1(c).