IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02521-MSK-MEH

VIVIAN MORGAN,

    Plaintiff,

v.

TRANSDEV SERVICES, INC., doing business as Veolia Transportation,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 3, 2014.**

    This matter comes before the Court *sua sponte*. Due to an unforeseen conflict, the Scheduling Conference currently set to occur December 3, 2014 is **vacated and rescheduled** to **December 4, 2014 at 9:45 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. All other aspects of this Court's October 7, 2014 order remain in effect.