IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02521-MSK-MEH

VIVIAN MORGAN,

    Plaintiff,

v.

TRANSDEV SERVICES, INC., doing business as Veolia Transportation,

    Defendant.

___

## MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 15, 2015.**

    The Stipulated Motion for Protective Order [filed July 14, 2015; docket #28] is **denied without prejudice**. The parties are granted leave to submit a revised proposed protective order containing a mechanism by which the parties may challenge the designation of information as confidential **that is consistent with** *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382, 388-89 (D. Colo. 2000). In addition, the parties shall submit to Chambers a copy of the revised proposed protective order in useable format (Word, WordPerfect) by email at hegarty_chambers@cod.uscourts.gov.