IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02521-MSK-MEH

VIVIAN MORGAN,

    Plaintiff,

v.

TRANSDEV SERVICES, INC., doing business as Veolia Transportation,

    Defendant.

_____

**MINUTE ORDER**
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 27, 2015.**

    For good cause shown, the Unopposed Motion to Amend Scheduling Order [filed July 24, 2015; docket #31] is **granted**. Paragraph 9 of the Scheduling Order will be amended as follows:

    b. Discovery cut-off:                September 18, 2015
    c. Dispositive motions deadline:     October 16, 2015

    All other aspects of the Scheduling Order remain in effect. *See* docket #24.