IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02521-MSK-MEH

VIVIAN MORGAN,

     Plaintiff,

v.

TRANSDEV SERVICES, INC., doing business as Veolia Transportation,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 17, 2015**.

     The Stipulated Motion for Entry of Protective Order [filed August 13, 2015; docket #34] is **granted** as modified. The Court will not maintain jurisdiction over an action once it is terminated. *See* Protective Order, ¶ 10. Otherwise, the parties' proposed Protective Order is accepted and filed contemporaneously with this minute order.